Bv the Court
 

 : J.t appears, that the damages have been affeffed in the courts below, in relation to the value of the goods that were captured : but the Plaintiffs in error were not trefpaffers
 
 ab initio
 
 ; and, a£ting only as agents, they ihould be made anfwerable for no more than adlually came into their hands. ■ The accounts of fales are regularly colledted and annexed to the record. We are, therefore, at no lofs for a criterion : And we think that the decree ihould be fo modified, as to charge them with the amount of fales, after deducing the duties on the goods, if the duties were paid by them.
 

 The Decree was in the following words:—Ordered, That the decree of the Circuit Court for
 
 Georgia
 
 diftriét, pronounced on the 5th
 
 of May,
 
 1795, be reverfed, fo far as the fame refpedls the faid Hills,
 
 May- and JVoodbridge
 
 ; and it is further ordered, that the faid Hills,
 
 May and
 
 Woodbridge, pay to the faid
 
 Walter
 
 Rofs, thirty-two thoufand and ninety dollars and fifty-eight cents,-the net amount of the fales of the cargo of the laid fliip, and five thoufand fix hundred and five dollars and twelve cents, intereft thereon, from the 6th day of
 
 June
 
 1794, to the twelfth day of
 
 Augujl
 
 1796, making together the fum of thirtv-feven thoufand fix hundred and ninety-five dollars and feventy cents, and that the faid Hills,
 
 May
 
 and Woodbridge, do .pay the cofts of fuit—and a fpecial mandate, &c.